UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAN BRUCE MCFARLANE,

Petitioner,

v.

STEPHEN FREITAS,

Respondent.

Case No. 16-cv-06401-DMR

**ORDER REQUESTING REASSIGNMENT TO DISTRICT JUDGE; REPORT AND RECOMMENDATION TO DENY IFP APPLICATION**

Re: Dkt. No. 2

    This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by pro se Petitioner Alan Bruce MacFarlane ("Petitioner"). [Docket No. 1]. Petitioner and Respondent each filed a declination to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). [Docket Nos. 5, 7]. Therefore, the court issues this Report and Recommendation and reassigns this case to a district judge for final disposition, with the recommendation that the IFP application be denied. Upon reviewing the Petitioner's application, the undersigned finds that Petitioner is able to afford the $5.00 filing fee in this action, and accordingly recommends that Petitioner's application to proceed IFP be denied.

    The Clerk is directed to reassign this case to a District Judge. Any party may file objections to this report and recommendation with the District Judge within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R. 72-2.

**IT IS SO ORDERED**.

Dated: February 13, 2017



DONNA M. RYU
United States Magistrate Judge